# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARY PHILIPS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-00939-GBW |
| | ) | |
| v. | ) | |
| | ) | |
| MAGELLAN MIDSTREAM PARTNERS, L.P., WALTER R. ARNHEIM, LORI A. GOBILLOT, EDWARD J. GUAY, CHANSOO JOUNG, STACY P. METHVIN, AARON L. MILFORD, JAMES R. MONTAGUE, BARRY R. PEARL, and SIVASANKARAN SOMASUNDARAM, | ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  September 28, 2023         **LONG LAW, LLC**

By:   */s/ Brian D. Long*
    Brian D. Long (#4347)
    3828 Kennett Pike, Suite 208
    Wilmington, DE 19807
    Telephone: (302) 729-9100
    Email: BDLong@longlawde.com

    *Attorneys for Plaintiff*